AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

EASTERN DISTRICT OF NEW YORK

John Weiss and Adria Johnson, individually and on behalf of all others similarly situated

*Plaintiff(s)*

v.

LTD Financial Services Limited Partnership

*Defendant(s)*

Civil Action No. 18cv3462(JS)(ARL)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
LTD Financial Services Limited Partnership
CT CORPORATION SYSTEM
1999 BRYAN ST.
STE. 900
DALLAS, TX 75201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States, or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

BARSHAY SANDERS PLLC
100 GARDEN CITY PLAZA, SUITE 500
GARDEN CITY, NY 11530

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: 6/13/2018

Deanna Rodin
*Signature of Clerk or Deputy Clerk*